IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MINEHAN, individually and derivatively on behalf of CHRISTI INSURANCE GROUP, INC.,    Plaintiffs, <br><br> v. <br><br> ERIC G. MCDOWELL, et al.,    Defendants, <br><br> and <br><br> CHRISTI INSURANCE GROUP, INC.,    Nominal Defendant. | CIVIL ACTION <br><br> No. 21-cv-05314-CFK |

# ORDER

**AND NOW**, this **18th** day of **August 2022**, for the reasons set forth in the accompanying Memorandum, after a preliminary injunction hearing held on June 2, 2022, it is hereby

**ORDERED** that the Amended Motion for Preliminary Injunction (ECF No. 6) is **DENIED**.

                                                        BY THE COURT:

                                                        */s/ Chad F. Kenney*
                                                        CHAD F. KENNEY, JUDGE