**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEVIN MINEHAN, individually and** | : | **CIVIL ACTION** |
| **derivatively on behalf of CHRISTI** | : | |
| **INSURANCE GROUP, INC.,** | : | |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | **No.    21-5314** |
| | : | |
| **ERIC G. MCDOWELL, et al.,** | : | |
| *Defendants.* | : | |

**ORDER AND JUDGMENT**

**AND NOW**, this **17th** day of **January 2023**, having considered Defendants' Motion for

Contempt and Sanctions (ECF No. 89), Plaintiff's Response (ECF No. 91), Defendants' Reply

(ECF No. 92) and the parties' oral arguments before the Court, and for the reasons set forth in

the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion for

Contempt and Sanctions (ECF No. 89) is **GRANTED** and Plaintiff (Mr. Minehan) is **HELD IN**

**CONTEMPT**.

It is further **ORDERED** that Judgment is entered in favor of Defendants McDowell and

Lunney, and Nominal Defendant Christi, in the sum of $28,220.50 reflecting Defendants'

reasonable attorneys' fees.  Defendants shall submit payment on or before March 20, 2023.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**