IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN MINEHAN, individually and derivatively on behalf of CHRISTI INSURANCE GROUP, INC.,** *Plaintiffs,* | : : : : : | **CIVIL ACTION** |
| v. | : : | No.   21-5314 |
| **ERIC G. MCDOWELL, et al.,** *Defendants.* | : : | |

# FINAL ORDER AND JUDGMENT

**AND NOW**, this **22nd** day of **August 2023**, following a bench trial and for the reasons set forth in the accompanying Memorandum and Findings of Fact and Conclusions of Law, it is hereby **ORDERED** as follows:

1. Judgment is entered in favor of Minehan as to Count VII of Minehan's Amended Complaint (ECF No. 57);

2. Minehan is awarded $246,018.22 in damages plus limited, reasonable attorneys' fees and costs[1] as to Count VII;

3. Judgment is entered in favor of Lunney and McDowell on all other Counts of Minehan's Amended Complaint (ECF No. 57);

4. Judgment is entered in favor of Christi, Lunney, and McDowell, on Counts I, II, III, V, VII, and VIII of Defendants' Counterclaims (ECF No. 64);

5. Christi is awarded $2,118,430 in damages, $723,674 in pre-judgment interest, and $100,000 in punitive damages;

---

[1] Counsel must submit a delineation of fees and costs to the Court.

1

6. Lunney and McDowell are entitled to attorney and expert fees and costs[2]; and

7. Judgment is entered in favor of Minehan on Counts IV and VI of Defendants' Counterclaims (ECF No. 64).

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[2] Counsel must submit a delineation of fees and costs to the Court.