**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEVIN MINEHAN,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ERIC G. MCDOWELL, et al.,** | : | |
| *Defendants.* | : | **NO. 21-cv-05314** |

## O R D E R

    **AND NOW,** this 15th day of December 2023, upon consideration of Defendants' Petitions for Attorneys' Fees (ECF Nos. 182 ,189) and the responses thereto (ECF Nos. 183, 186), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Court **GRANTS IN PART** Defendants' petition for attorneys' fees (ECF No. 182) in the amount of **$1,117,904.25** in attorneys' fees and **$334,810** in expert fees, to be paid to Defendants McDowell and Lunney by Defendant Christi Insurance Group, Inc. ("Christi") (*see* ECF No. 186 at 2).

    It is further **ORDERED** that Christi will pay the fees only upon certification by McDowell, Lunney, and their attorneys, that McDowell and Lunney have paid the attorneys for the legal services rendered in incurring these fees, and the experts for their services rendered in incurring their fees. If McDowell and Lunney have not paid the attorneys or experts, Christi will pay the attorneys and experts directly, but will only pay the sums that have already been invoiced to Lunney and McDowell under the retainer agreement existing on the date of this Order.

                                **BY THE COURT:**

                                **/s/ Chad F. Kenney**

                                _____

                                **CHAD F. KENNEY, JUDGE**