IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN MINEHAN,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **ERIC G. MCDOWELL, et al.,** | : | |
| *Defendants.* | : | **NO. 21-cv-05314** |

**O R D E R**

**AND NOW,** this 15th day of December 2023, upon consideration of Plaintiff's Petition for Attorneys' Fees (ECF No. 185) and the responses thereto (ECF Nos. 188, 190), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Court **GRANTS IN PART** Plaintiff's petition for attorneys' fees (ECF No. 185) in the amount of **$93,486.92.**

It is further **ORDERED** that Defendants will pay the fees only upon certification by Minehan and his attorneys that Minehan has paid the attorneys for the legal services rendered in incurring these fees. If Minehan has not paid the attorneys, Defendants will pay the attorneys directly, but will only pay the sums that have already been invoiced to Minehan under the retainer agreement existing on the date of this Order.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**